PENALTY SLIP

NAME:   RAFAEL CERVANTES

NUMBER OF COUNTS:   6

Count 1: 21 U.S.C. § 846 - Conspiracy to Distribute Methamphetamine
Penalty: CAG 10 years to life, $10,000,000 fine, or both, NLT 5 years supervised release, denial of certain federal benefits, and a $100.00 special assessment.

Count 2: 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2 – Money Laundering
Penalty: 20 years imprisonment, $500,000 fine, up to 3 years supervised release, $100 special assessment.

Count 3: 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine
Penalty: CAG 10 years to life, $10,000,000 fine, or both, NLT 5 years supervised release, denial of certain federal benefits, and a $100.00 special assessment.

Count 4: 18 U.S.C. § 924(c)(1)(A) - Possession of Firearms in Furtherance of Drug Trafficking Crime
Penalty: Mandatory minimum of 5 years and a maximum of life imprisonment consecutive to the underlying drug charge, $250,000 fine, or both; at least 3 years supervised release; a $100.00 special assessment.

Count 5: 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm
Penalty: Maximum of 10 years imprisonment, $250,000 fine, or both; up to 3 years supervised release; a $100.00 special assessment

Count 6: 18 U.S.C. § 922(g)(5) - Alien in Possession of Firearm
Penalty: Maximum of 10 years imprisonment, $250,000 fine, or both; up to 3 years supervised release; a $100.00 special assessment

Notice of Criminal Forfeiture

Case No.: 1:16-CR-2006-EFS-1

USA Initials:___BDS_____