BILLIE R. MORELLI, PLLC
9805 SAUK CONNECTION RD
CONCRETE, WA 98237
PHONE 360-853-8368 FAX 206-400-1584
BILLIE@LAWYERFORTHELITTLEGUY.COM

ATTORNEY FOR:
ESGAR OCHOA

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGON
(HONORABLE EDWARD F. SHEA)

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RAFAEL CERVANTES, et. al.,<br>Defendants. | No. 1:16-CR-2066-EFS-1<br><br>NOTICE OF APPEARANCE and CLAIM |
|---|---|

Please take notice that Billie R. Morelli of the law office of Billie R. Morelli, PLLC hereby enters her appearance on behalf of Esgar Ochoa in this matter.  All future correspondence and court filings should be forwarded directly to the address listed above.  Mr. Ochoa claims a property interest in certain property seized for forfeiture in this matter.

DATED May 26, 2016.

RESPECTFULLY SUBMITTED,

_____
BILLIE R. MORELLI, WSBA NO. 36105
COUNSEL FOR INTERESTED PARTY NO. 1
BILLIE R. MORELLI, PLLC
9805 SAUK CONNECTION RD
CONCRETE, WA 98237
PHONE 360-853-8368 FAX 206-400-1584
BILLIE@LAWYERFORTHELITTLEGUY.COM

CERTIFICATE OF SERVICE

I hereby certify that on or about this day, I caused to be electronically filed the foregoing

with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Benjamin D. Seal, Assistant United States Attorney; and
- Rick Lee Hoffman, Attorney for Defendant #1;
- George Paul Trejo, Jr, Attorney for Defendant #2;
- William Schuler, Attorney for Defendant #2;
- Lee Edmond, Attorney for Defendant #3;
- Ricardo Hernandez, Attorney for Defendant #4;
- Troy Joseph Lee, Attorney for Defendant #5;
- Victor H Lara, Attorney for Defendant #6;
- Richard Smith, Attorney for Defendant #7;
- Kenneth D Therrien, Attorney for Defendant #9;
- Amanda J Stevens, Attorney for Defendant #10;
- Kristina Russette, Attorney for Defendant #11;

DATED May 26, 2016.

/s/ Billie R. Morelli
Billie R. Morelli, WSBA No. 36105

BILLIE R. MORELLI, PLLC
9805 SAUK CONNECTION RD
CONCRETE, WASHINGTON  98237
PHONE 360-853-8368 FAX 206-400-1584