UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAFAEL CERVANTES (1), ERICA GODINEZ (2), THOMAS HAROLD PARISIAN (3), CHRISTOPHER PAUL PARISIAN (4), LAWRENCE WADE RUSSETTE (5), GEORGIE ELAINE RUSSELL (6), TYLER JAMES COURCHANE (7), LESLEE FAYE PARISIAN (8),[1] ADAM DAVID KETCHUM (9), JACOB CHAD PARKER (10), and KRISTINA DAWN RUSSETTE (11),<br><br>                Defendants. | No. 1:16-CR-2006-EFS-1 thru -11<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE**<br><br>**AMENDED[2] CASE MANAGEMENT ORDER** |

    Before the Court, without oral argument, is Defendant Kristina Dawn Russette's Motion for Continuance of Pretrial and Trial, ECF No. 316. Defense counsel Michael Lynch requests a continuance of the pretrial motions filing deadline, the pretrial conference, and the

---

[1] This Order and the deadlines it sets forth also apply to Defendant Leslee Parisian who was appointed counsel on May 31, 2016. Defense counsel for Defendant Leslee Parisian must also review the Court's March 21, 2016 Case Management Order, ECF No. 152, and abide by the requirements in that order.

[2] This Order amends the deadlines in the Court's March 21, 2016 Case Management Order, ECF No. 152.

AMENDED CASE MANAGEMENT ORDER - 1

trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial in this complex case. Defendant supports counsel's request for a trial continuance for the articulated reasons. ECF No. 317. Assistant U.S. Attorney Benjamin Seal, appearing on behalf of the U.S. Attorney's Office (USAO), does not oppose the request. ECF No. 318 at 1.

The Indictment was filed on February 9, 2016. ECF No. 1. A Superseding Indictment was filed on April 12, 2016. ECF No. 212. This is the first request for a continuance following the filing of the Superseding Indictment.

To ensure defense counsel are afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motion, extends the pretrial motion deadline, and resets the currently scheduled pretrial conference and trial dates in this complex case. The Court finds that Defendants' continuance request is knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendants in a speedy trial. The delay resulting from Defendants' motion is therefore excluded under the Speedy Trial Act for all Defendants whom are joined for trial in this complex case.

Having considered the parties' proposed case schedule, ECF No. 318, the Court now enters the following Amended Case Management Order. All counsel are expected to carefully read and abide by this Order and such provisions of the prior CMO, ECF No. 152, which have not been

AMENDED CASE MANAGEMENT ORDER - 2

superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Kristina Dawn Russette's Motion for Continuance of Pretrial and Trial, **ECF No. 316**, is **GRANTED.**

2. **Original CMO.** <u>Counsel must review the procedures in the original March 21, 2016 CMO, ECF No. 152, and abide by those procedures except for the new compliance deadlines in the following Summary of Amended Deadlines</u>.

3. **Pretrial Conference**

    *A.* A pretrial conference is **SET** for **October 6, 2016,** at **10:00 a.m.** in **YAKIMA.**

    *B.* A pretrial conference is **SET** to **December 15, 2016**, at **10:00 a.m.** in **YAKIMA**.

    *C.* Defense counsel shall meet and confer regarding motions that will be heard at these early pretrial conferences. By **September 1, 2016,** defense counsel shall file a notice with the Court advising the Court as to the nature of the motions that will be heard at the October 6, 2016 and December 15, 2016 pretrial conferences.

    *D.* The final pretrial conference is **RESET** to **March 9, 2017**, at **10:30 a.m.** in **YAKIMA**. At this hearing, the Court will hear **ALL** remaining pretrial motions.

    *E.* All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side

AMENDED CASE MANAGEMENT ORDER - 3

<pre>
                allotted **fifteen (15) minutes** to present their own
                motions and resist motions by opposing counsel.  If
                any party anticipates requiring longer than fifteen
                minutes, that party must notify the Courtroom Deputy
                at least seven (7) days prior to the hearing.  <u>**Any
                party who fails to provide this notice will be
                limited to fifteen (15) minutes.**</u>
</pre>

4. **Trial**.  The Court **SETS** this matter for jury trial on **March 27, 2017**, at **9:30 a.m.** in **YAKIMA**.  Counsel and Defendants shall be prepared to meet with the Court at least thirty (30) minutes prior to the commencement of the trial.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(6) and (B)(i) and (ii), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **May 24, 2016**, the date defense counsel moved to continue, through **March 27, 2017,** the new trial date, as the period of delay granted for adequate preparation by counsel.

6. **Summary of Deadlines**

| | |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>    USAO's Experts:<br>    Defendants' Experts:<br>    USAO's Rebuttal Experts: | **January 12, 2017**<br>**January 26, 2017**<br>**February 2, 2017** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **February 10, 2017** |
| **PRETRIAL CONFERENCE** | October 6, 2016<br>10:00 A.M. - YAKIMA |
| **PRETRIAL CONFERENCE** | December 15, 2016<br>10:00 A.M. - YAKIMA |
| **FINAL PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | March 9, 2017<br>10:30 A.M. - YAKIMA |

AMENDED CASE MANAGEMENT ORDER - 4

| | |
|---|---|
| CIs' identities and willingness to be interviewed disclosed to Defendants (if applicable) | **March 9, 2017** |
| Grand jury transcripts produced to Defendants | **March 10, 2017** |
| Exhibit & Witness lists filed and emailed to the Court | **March 17, 2017** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **March 17, 2017** |
| Exhibit binders delivered to the Court | **March 20, 2017** |
| Exhibits delivered to all other parties | **March 17, 2017** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **March 17, 2017** |
| Trial notices filed with the Court | **March 17, 2017** |
| Technology readiness meeting (in-person) | **March 20, 2017** |
| **JURY TRIAL** | **March 27, 2017**<br>**9:30 A.M. - YAKIMA** |

//

/

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  1st  day of June 2016.

                           s/Edward F. Shea
                            EDWARD F. SHEA
             Senior United States District Judge